**99–286. State v. Williams.**
Lake App. No. 97–L–191. On discretionary appeal and on motion for admission *pro hac vice.* Appeal allowed and motion granted.

**99–378. Coletta v. Yang.**
Montgomery App. No. 17289.
Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**99–455. State v. Krouse.**
Lucas App. No. L–98–1082. *Sua sponte,* cause held for the decision in 98–1779, *State v. Conyers,* Lucas App. No. L–97–1327; briefing schedule stayed.

**99–461. Smock v. Hall.**
Geauga App. No. 97–G–2090.
Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**99–496. Donnelly v. Herron.**
Cuyahoga App. No. 74324.
Moyer, C.J., and Lundberg Stratton, J., dissent.

**99–504. Koch v. Rist.**
Erie App. No. E–97–049.
Cook, J., dissents.
Resnick, J., not participating.

**99–613. State v. Jones.**
Montgomery App. No. 17382. *Sua sponte,* cause consolidated with 99–769, *supra.*
Resnick, J., not participating.